IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 13 PM 4: 44
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

v.                                              No. 05-20029-02-Ml

KENDRICK WATSON

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel. It is therefore ORDERED that the time period of July 13, 2005 through, July 26, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case while the defendant is attempting to obtain private counsel.

ARRAIGNMENT reset to Wednesday, July 27, 2005, at 10:00 a.m. before Magistrate Judge Vescovo.

This 13th day of July, 2005.

Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CR-20029 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT