# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _PMG_ D.C.

**UNITED STATES OF AMERICA**

05 JUL 29 PM 1:23

v.

No. 05-20029-02-M1

**KENDRICK WATSON**

---

## ORDER CONTINUING ARRAIGNMENT AND
## SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

---

The Defendant's counsel has notified the Court that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), defendant's period of excludable delay may be granted if the ends of justice are served.

**The Arraignment is therefore continued and reset to Wednesday, August 3, 2005 @ 10:00a.m. in Courtroom M-3, 9th fl., Federal Building, 167 N. Main Street, Memphis, Tennessee.**

It is therefore ORDERED that the time period of **7/27/05** through, **8/2/05** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This __28th__ day of July, 2005.

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7-29-05_

40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20029 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT