IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~ D.C.

05 AUG -3  AM 11: 44

~~~ GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA

V.

05-20029-02-MI

KENDRICK WATSON

---

### ORDER ON ARRAIGNMENT

This cause came to be heard on ___8-3-05___, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Charles Waldman_____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_____
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:371; 18:472 & 2;

U. S. Attorney assigned to Case: C. McMullen

Age: 25

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-3-05___

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:05-CR-20029 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT